UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

SHAWN SUTHERLAND and
CAROL VICKERS,

                Plaintiffs,

- against -

DETECTIVE RICK GARCIA; DETECTIVE
PETER CASTRO; and THE CITY OF NEW
YORK,

                Defendants.

----------------------------------------------------------X

**ORDER**
**09 CV 2230 (JBW)(LB)**

**BLOOM, United States Magistrate Judge:**

By letter dated May 26, 2010 defendants informed the Court of their intent to move to dismiss Southerland's claims against all defendants and Vickers' claims against the City of New York. See Docket Entry 54. Defendants Garcia and Castro, who answered Vickers' Second Amended Complaint, request that all discovery be stayed pending the outcome of the motion to dismiss. The Honorable Jack B. Weinstein referred that request to me. The Court grants defendants' request and stays discovery pending the outcome of defendants' motion to dismiss Southerland's claims and Vickers' claims against the City of New York.

SO ORDERED.

                                              /S/
                                          LOIS BLOOM
                                          United States Magistrate Judge

Dated: June 24, 2010
      Brooklyn, New York